Jaime Luis FIGUEROA–FRAIRE,
# A92–085–005, Petitioner—Appellant,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent—Appellee.

No. 00–57192.
D.C. No. CV–00–06170–AHM.

United States Court of Appeals,
Ninth Circuit.

Submitted April 1, 2002.*
Decided April 15, 2002.

Before PREGERSON, TROTT, Circuit Judges, and FITZGERALD,** District Judge.

ORDER***

Because the appellant was not and is not in custody, *see Miranda v. Reno*, 238 F.3d 1156 (9th Cir.2001), the district court's decision to dismiss his habeas petition for lack of jurisdiction is affirmed.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable James M. Fitzgerald, Senior District Judge for the District of Alaska, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.